# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
### C.A. No. 1:25-CV-00877-WO-JEP

ANTHONY JOSUE GRAJALES,

      Plaintiff,

v.

SANTANDER CONSUMER USA INC., et al.,

      Defendants.

## NOTICE OF APPEARANCE

NOW COMES Caren D. Enloe of Smith Debnam Narron Drake Saintsing & Myers, LLP, P.O. Box 176010, Raleigh, NC 27619-6010, and hereby enters an appearance on behalf of defendant Experian Information Solutions, Inc. as it relates to the above-referenced matter.

This the 4th day of June, 2026.

/s/ Caren D. Enloe
Caren D. Enloe
SMITH DEBNAM NARRON DRAKE
SAINTSING & MYERS LLP
NC State Bar No. 17394
P.O. Box 176010
Raleigh, NC 27619-6010
Telephone:  919-250-2000
Facsimile:  919-250-2124
cenloe@smithdebnamlaw.com
*Counsel for Defendant Experian*
*Information Solutions, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on June 4, 2026 I electronically filed a true and correct copy of the foregoing using the CM/ECF system and caused a copy of the same to be served on Plaintiff by first-class mail, postage prepaid and addressed as follows:

Anthony Josue Grajales
408 Vance Street
Rockingham, NC 28379
*Pro Se Plaintiff*

/s/ *Caren D. Enloe*
Caren D. Enloe
NC State Bar No. 17394
SMITH DEBNAM NARRON DRAKE
SAINTSING & MYERS, LLP
P.O. Box 176010
Raleigh, North Carolina 27619
Telephone: (919) 250-2000
Facsimile: (919) 250-2124
cenloe@smithdebnamlaw.com

*Counsel for Defendant Experian Information Solutions, Inc.*