IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

|  |  |
|---|---|
| ANTHONY JOSUE GRAJALES<br><br>      Plaintiff,<br><br>**v.**<br><br>SANTANDER CONSUMER USA INC.<br>et al.,<br><br>      Defendants. | Case No.: 1:25-cv-877 |

## <u>NOTICE OF APPEARANCE</u>

Please take notice that Siobhan E. P. Grant is entering an appearance in the above-styled

and numbered cause on behalf of Defendant U.S. Bank National Association:

> Siobhan Grant
> sgrant@hinshawlaw.com
> HINSHAW & CULBERTSON LLP
> 2811 Ponce de Leon Blvd., Suite 1000
> Coral Gables, FL 33134
> T: (305) 358-7747
> F: (305) 577-1063

Please provide the undersigned counsel with copies of all correspondence, pleadings or other

documents in this case.

Dated: June 10, 2026

/s/ Siobhan E. P. Grant
SIOBHAN E. P. GRANT
Hinshaw & Culbertson LLP
2811 Ponce de Leon Blvd.
Suite 1000, Tenth Floor
Coral Gables, FL 33134
Telephone: 305-358-7747
Facsimile: 305-577-1063
sgrant@hinshawlaw.com
State Bar No.: 57139
Attorney for U.S. Bank

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served on June 10, 2026, on all parties of record via the Court's CM/ECF system and/or U.S. Regular Mail pursuant to the Federal Rules of Civil Procedure.

*/s/ Siobhan E. P. Grant*
Siobhan E. P. Grant

PAGE 2